Karen L. Jacobsen - 125684
Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  (916) 971-4100
Facsimile:  (916) 971-4150

Attorneys for Defendant, BJP Restaurant Management dba Arby's #5583

Lynn Hubbard, III – 69773
**DISABLED ADVOCACY GROUP, APLC.**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff, Lary Feezor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>         Plaintiff,<br>    vs.<br><br>BJP RESTAURANT MANAGEMENT dba ARBY'S #5583 and 745 CLOVER RD, LLC,<br><br>         Defendants. | Case No.: 2:11-CV-01972-MCE-CMK<br><br>*ACTION FILED: July 27, 2011*<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT FOR 28 DAYS; ORDER**<br><br>**New Response Date: October 27, 2011** |

TO THE CLERK OF THE COURT AND ALL PARTIES/COUNSEL HEREIN.

Plaintiff, LARY FEEZER and Defendant BJP Restaurant Management dba Arby's #5583 have met and conferred regarding the issues, and good cause appearing to all parties for the following agreement, the parties hereby stipulate as follows:

1. Defendant shall have until October 27, 2011 to respond to the Complaint.

2. This stipulation is without prejudice to any rights that any party may have.

///

-1-

So Stipulated.

DATED: October 26, 2011 **JACOBSEN & McELROY PC**

By: /s/ Brian P. Dolin
Brian P. Dolin
Attorneys for Defendant
BJP Restaurant Management dba Arby's #5583

DATED: October 26, 2011 **DISABLED ADVOCACY GROUP, APLC.**

By: /s/ Lynn Hubbard
Lynn Hubbard, III
Attorneys for Plaintiff
LARY FEEZOR

**ORDER**

IT IS HEREBY ORDERED:

Defendants shall have until October 27, 2011 to respond to the Complaint.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE