| | |
|---|---|
| 1 | LYNN HUBBARD III, SBN 69773 |
| | SCOTTLYNN J HUBBARD IV, SBN 212970 |
| 2 | DISABLED ADVOCACY GROUP, APLC |
| | 12 Williamsburg Lane |
| 3 | Chico, CA 95926 |
| | Telephone:  (530) 895-3252 |
| 4 | Facsimile:  (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 6 | KAREN L. JACOBSEN, SBN 125684 |
| | BRIAN P. DOLIN, SBN 182971 |
| 7 | JACOBSEN & McELROY PC |
| | 2401 American River Drive, Suite 100 |
| 8 | Sacramento, CA 95825 |
| | Telephone: (916) 971-4100 |
| 9 | Facsimile: (916) 971-4150 |
| 10 | Attorneys for Defendant |
| | BJP Restaurant Management |
| 11 | dba Arbys #5583 |

BRUCE M. TIMM, SBN 199679
BASHAR AHMAD,  SBN 258619
BOUTIN JONES INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Defendant
745 Clover Road, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:11-cv-01972-MCE-CMK |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| BJP RESTAURANT MANAGEMENT dba ARBYS #5583, et al., | |
| Defendants. | |

Stipulation for Dismissal and [Proposed]
Order Thereon                                                        - 1 -

*Feezor v. BJP Restaurant Management, Inc., et al.*
Case No. 2:11-cv-01972-MCE-CMK

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Lary Feezor, and defendants, BJP Restaurant Management dba Arbys #5583 and 745 Clover Road, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: January 24, 2012  DISABLED ADVOCACY GROUP, APLC

 */s/   Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Lary Feezor

Dated: January 24, 2012  JACOBSEN & McELROY PC

 */s/   Brian P. Dolin*
BRIAN P. DOLIN
Attorney for Defendant BJP Restaurant Management

Dated: January 24, 2012  BOUTIN JONES INC.

 */s/   Bruce M. Timm*
BRUCE M. TIMM
Attorney for Defendant 745 Clover Road, LLC

**ORDER**

Pursuant to the foregoing stipulation IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01972-MCE-CMK, is hereby dismissed, with prejudice. This matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

Dated: January 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE