1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  KAREN L. JACOBSEN, SBN 125684
   BRIAN P. DOLIN, SBN 182971
7  JACOBSEN & McELROY PC
   2401 American River Drive, Suite 100
8  Sacramento, CA 95825
   Telephone: (916) 971-4100
9  Facsimile: (916) 971-4150

10 Attorneys for Defendant
   BJP Restaurant Management
11 dba Arbys #5583

12

13 BRUCE M. TIMM, SBN 199679
   BASHAR AHMAD,  SBN 258619
14 BOUTIN JONES INC.
   555 Capitol Mall, Suite 1500
15 Sacramento, CA 95814
   Telephone: (916) 321-4444
16 Facsimile: (916) 441-7597

17 Attorneys for Defendant
   745 Clover Road, LLC

18

19                          UNITED STATES DISTRICT COURT

20                          EASTERN DISTRICT OF CALIFORNIA

21

22 LARY FEEZOR,                              Case No. 2:11-cv-01972-MCE-CMK

23      Plaintiff,

24 v.                                        STIPULATION FOR DISMISSAL and
                                             ORDER THEREON
25
   BJP RESTAURANT MANAGEMENT
26 dba ARBYS #5583, et al.,

27      Defendants.
                                         /
28

Stipulation for Dismissal and [Proposed]              *Feezor v. BJP Restaurant Management, Inc., et al.*
Order Thereon                              - 1 -     Case No. 2:11-cv-01972-MCE-CMK

1  TO THE COURT AND TO ALL PARTIES:

2  Plaintiff, Lary Feezor, and defendants, BJP Restaurant Management dba Arbys #5583
3  and 745 Clover Road, LLC, stipulate to and jointly request that this Court enter a dismissal
4  with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to
5  Fed. R. Civ. P. 41(a)(2).

6  Dated: January 24, 2012                DISABLED ADVOCACY GROUP, APLC

          /s/   Lynn Hubbard III
8         LYNN HUBBARD III
          Attorney for Plaintiff Lary Feezor

10 Dated: January 24, 2012                JACOBSEN & McELROY PC

          /s/   Brian P. Dolin
12        BRIAN P. DOLIN
          Attorney for Defendant BJP Restaurant
13        Management

15 Dated: January 24, 2012                BOUTIN JONES INC.

          /s/   Bruce M. Timm
          BRUCE M. TIMM
17        Attorney for Defendant 745 Clover Road, LLC

19                              **ORDER**

20  Pursuant to the foregoing stipulation IT IS HEREBY ORDERED that the complaint
21 of plaintiff, USDC Case No. 2:11-cv-01972-MCE-CMK, is hereby dismissed, with prejudice.
22 This matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

23 Dated:  January 27, 2012

          _____
25        MORRISON C. ENGLAND, JR.
          UNITED STATES DISTRICT JUDGE